IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRANDON RICARDO SMITH,

    Plaintiff,

vs.    Case No: 1:11-cv-226-MP-GRJ

WAL-MART STORES, INC.,

    Defendant.

_____/

## ORDER

This *pro se* employment discrimination matter is before the Court on Plaintiff's complaint. (Doc. 1.) The Court has reviewed the complaint and determined it to be sufficient to alert Defendant to the nature and basis of Plaintiff's claims. The Court is prepared to issue the summons for Defendant. Plaintiff has not submitted a service copy of the complaint, however, and, thus, issuance of the summons is delayed. Accordingly, Plaintiff will be ordered to provide a service copy of the complaint.

Plaintiff also filed a motion to proceed in forma pauperis along with the required financial affidavit. (Doc. 2.) The Court has reviewed the financial affidavit and finds the Plaintiff is unable to pay the costs of this action pursuant to 28 U.S.C. § 1915(a) and therefore leave to proceed *in forma pauperis* is due to be granted.

Accordingly, it is hereby **ORDERED**:

(1)     Plaintiff shall provide the Clerk of Court with one (1) identical copy of his complaint for service on the Defendant on or before **November 10, 2011**.

(2)     Leave to proceed *in forma pauperis* is hereby **GRANTED**.

(3)     Failure to comply with this order within the allotted time, or to show cause why Plaintiff is unable to comply, will result in a recommendation to the

district judge that this case be dismissed without further notice for failure to prosecute and failure to obey a Court directive.

**DONE AND ORDERED** this 20th day of October 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge