IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRANDON RICARDO SMITH,

    Plaintiff,

vs.                                                  Case No: 1:11-cv-226-MP-GRJ

WAL-MART STORES, INC.,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

This cause is before the Court on the Defendant's request for an emergency telephonic hearing to address issues that arose during the Plaintiff's deposition. The hearing was held on July 13, 2012, at which time the Defendant's counsel made an *ore tenus* motion to compel the Plaintiff to respond to questions during his deposition and to compel the Plaintiff to produce documents to which he referred during the course of the deposition. For the reasons discussed on the record of the hearing, which are incorporated into this order, the Defendant's motion to compel is granted.

Accordingly, upon due consideration, it is **ORDERED:**

(1)    The Plaintiff must answer the questions posed to him during his deposition.

(2)    To the extent that the Plaintiff refers to documents during his deposition, he must produce those documents to the Defendant's counsel.

(3)    The Plaintiff must participate in his deposition until the deposition is concluded, or until 5:00 p.m. on July 13, 2012, whichever is later. If the Defendant requires additional time to complete the deposition, it must make a written request to the Court.

**DONE AND ORDERED** this 13th day of July, 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge