IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRANDON RICARDO SMITH,

    Plaintiff,

vs.                                           Case No: 1:11-cv-226-MP-GRJ

WAL-MART STORES, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This cause is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. 70.) Pursuant to Northern District of Florida Local Rule 16.2(D), it is

**ORDERED AND ADJUDGED:**

(1)     This case is dismissed with prejudice.

(2)     The Court retains jurisdiction for a period of sixty (60) days, during which time any party may move to reopen the case for good cause shown.

(3)     All pending motions in this case are **DENIED as moot**.

**DONE AND ORDERED** this 4th day of December 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge